EMILE A. DAVIS
WINER, McKENNA & DAVIS
ONE KAISER PLAZA, SUITE 1450

OKALAND, CA  94612
(510) 433-1000
Plaintiff, PAUL GORDON

## UNITED STATES DISTRICT COURT

| PAUL GORDON | CASE NUMBER: |
|---|---|
| v.         Plaintiff(s) | C07 02628 PVT |
| TRANSPORTATION SECURITY ADMINISTRATION            Defendant(s) | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons     [X] complaint     [ ] alias summons     [ ] first amended complaint
                                                               [ ] second amended complaint
                                                               [ ] third amended complaint

   [X] other *(specify)*: Please See Attachment to Proof of Service Summons and Complaint

2. **Person served:**

   a. [X] Defendant *(name)*: TRANSPORTATION SECURITY ADMINISTRATION

   b. [ ] Other *(specify name and title or relationship to the party/business named)*: _____

   c. [X] Address where papers were served: United States Attorney's Office, 150 Almaden Boulevard, Suite 900, San Jose, CA  95113

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. [X] Federal Rules of Civil Procedure
      [ ] California Code of Civil Procedure

4. I served the person named in Item 2:

   a. [X] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [X] Papers were served on *(date)*: June 22, 2007       at *(time)*: 8:57 a.m.

   b. [ ] By **Substituted service.** By leaving copies:

      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] (business) or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [ ] papers were mailed on (date): _____

      6. [ ] due diligence: I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service): _____

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served: <u>Claire T. Cormier</u>

   Title of person served: <u>Assistant United States Attorney, Northern District of California</u>

   Date and time of service: *(date)*: <u>June 22, 2007</u>      at *(time)*: <u>8:57 a.m.</u>

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   <u>Jenny Mares (Badge No. 857)</u>          a. Fee for service: $ <u>60</u>
   <u>Bay Area Enforcement Services</u>        b. ☐ Not a registered California process server
   <u>Post Office Box 3179</u>                 c. ☐ Exempt from registration under B&P 22350(b)
   <u>Oakland, CA  94609</u>                   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: <u>JULY 3, 2007</u>                              *(Signature)*
                                                       JENNY MARES

---

CV-1 (04/01)          **PROOF OF SERVICE - SUMMONS AND COMPLAINT**          PAGE 2

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Gordon vs. Transportation Security Administration, et al. | C07 02628 PVT |

**PAGE: 3**

## ATTACHMENT TO PROOF OF SERVICE OF SUMMONS AND COMPLAINT

### DOCUMENTS TO BE SERVED:

Summons in a Civil Case, Complaint for Damages, Notice of Assignment of Case to a United States Magistrate Judge, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for All Judges in the Northern C District of California, Standing Order Regarding Case Management in Civil Cases, Standing Order for Civil Practice in Cases Assigned for all Purposes to Magistrate Judge Patricia V. Trumbull, General Order No. 40, General Order No. 45, Instructions for Completion of ADR Forms Regarding Selection of AN ADR Process, Notice of Electronic Availability of Case File Information, & ECF Registration Information Handout.