1   Scott N. Schools (SCBN 990)
    United States Attorney
2   Joann M. Swanson (SBN 88143)
    Chief, Civil Division
3   James A. Scharf (CSBN 152171)
    Assistant United States Attorney
4

5       150 Almaden Blvd
        Suite 900
6       San Jose, CA 95113
        Tel:  408-535-5044
7       FAX:  408-535-5081
        james.scharf@usdoj.gov
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12
    PAUL GORDON,                    )    Case No. C 07-02628 PVT
13                                  )
                     Plaintiff,     )
14                                  )    DECLINATION TO PROCEED
    vs.                             )    BEFORE MAGISTRATE JUDGE
15                                  )
                                    )
16                                  )
    TRANSPORTATION SECURITY         )
17  ADMINISTRATIVE, SECRETARY,      )
    DHS,et al,                      )
18                                  )
                                    )
19                   Defendants.    )
    _____)
20

21
        Defendant, through counsel, James A. Scharf, Assistant United States Attorney, hereby
22
    declines to proceed before a Magistrate Judge and requests that this case be re-assigned to a
23
    District Court Judge.  Defendant further requests that the Case Management Conference
24
    currently set for August 21, 2007, before Magistrate Judge Trumbull, go off calendar, pending
25
    re-assignment.
26

27
    DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE
28  Case No. C 07-02628 PVT

1    Dated: August 14, 2007              Respectfully submitted,

2

3                                        SCOTT N. SCHOOLS
                                         United States Attorney
4

5

6                                        _____/S/_____

7                                        James A. Scharf
                                         Assistant U.S. Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE
     Case No. C 07-02628 PVT