UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORDON,<br><br>        Plaintiff(s),<br><br>  v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, ET AL,<br><br>        Defendant(s).<br>_____/ | No. C 07-02628 JW<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for September 10, 2007 at 10:00 AM, has been reset to **November 5, 2007, at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.  The parties shall file a joint case management statement ten (10) days before the conference.  The parties shall re-notice and re-file any previous motions due to reassignment of this case.

Dated: August 16, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
    Elizabeth Garcia
    Courtroom Deputy