1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
5     150 Almaden Blvd., Suite 900
      San Jose, California 95113
6     Telephone: (408) 535-5044
      FAX: (408) 535-5081
      James.Scharf@usdoj.gov
7
8  Attorneys for Defendant
   United States of America
9
10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13  PAUL GORDON,                    )   Case No. C 07-02628 JW
                                    )
14          Plaintiff,              )
                                    )   DEFENDANTS' ADR CERTIFICATION
15     v.                           )
                                    )
16  TRANSPORTATION SECURITY         )
    ADMINISTRATIVE, SECRETARY,      )
17  DHS,et al,                      )
                                    )
18          Defendants.             )

19  _____

20         Pursuant to Civil L.R. 16-12, the undersigned certifies that he has read the brochure entitled

21  "Dispute Resolution Procedures in the Northern District of California," or the specified portions

22  of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

23  resolution options provided by the court and private entities and considered whether this case

24  might benefit from any of them.

25
26  DATED: September 14, 2007        SCOTT N. SCHOOLS
                                     United States Attorney
27
                                     _____
28                                              /S/
                                     JAMES A. SCHARF
                                     Assistant United States Attorney

DEFENDANTS' ADR CERTIFICATION