SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5044
   FAX: (408) 535-5081
   James.Scharf@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL GORDON, ) | Case No. C 07-02628 JW |
|    Plaintiff, ) | |
| ) | DEFENDANTS' ADR STATEMENT |
| v. ) | |
| ) | |
| TRANSPORTATION SECURITY ) | |
| ADMINISTRATIVE, SECRETARY, ) | |
| DHS, et al, ) | |
| ) | |
|    Defendants. ) | |

   The parties have stipulated to a settlement conference conducted by a Magistrate Judge after defendant's motion for summary judgment has been adjudicated. Accordingly, the parties do not request an ADR conference.

DATED: September 14, 2007        SCOTT N. SCHOOLS
                                         United States Attorney

                                         _____/S/_____
                                         JAMES A. SCHARF
                                         Assistant United States Attorney

DEFENDANTS' ADR STATEMENT