```
1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5044
6      FAX: (408) 535-5081
       James.Scharf@usdoj.gov
7
   Attorneys for Defendant
8  United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL GORDON,            )<br>                        )<br>    Plaintiff,       )<br>                        )<br>    v.                  )<br>                        )<br>TRANSPORTATION SECURITY )<br>ADMINISTRATIVE, SECRETARY, )<br>DHS, et al,            )<br>                        )<br>    Defendants.         ) | Case No. C 07-02628 JW<br><br>DEFENDANTS' AMENDED ADR STATEMENT |

Defendant proposes that the parties participate in a mediation or early settlement conference, prior to the adjudication of defendant's pending motion to dismiss. Plaintiff is considering this proposal. Accordingly, defendant does not request an ADR conference at this time.

DATED: September 14, 2007    SCOTT N. SCHOOLS
                             United States Attorney

                             _____/S/_____
                             JAMES A. SCHARF
                             Assistant United States Attorney

DEFENDANTS' AMENDED ADR STATEMENT