EMILE A. DAVIS, ESQ. – BAR NO. 208394
JENNIFER S. PRUSAK, ESQ. – BAR NO. 2266889
WINER, McKENNA & DAVIS, LLP
LAKE MERRITT PLAZA
1999 HARRISON STREET, SUITE 600
OAKLAND, CALIFORNIA 94612
TEL (510) 433-1000
FAX (510) 433-1001
Email: emile@wmdattorneys.com
       jennifer@wmdattorneys.com

Attorneys for Plaintiff,
PAUL GORDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORDON, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSPORTATION SECURITY ADMINISTRATION; MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; AND DOES 1 TO 25, INCLUSIVE, <br><br> Defendants. | CASE NO. 5:07-CV02628 JW <br><br> **PLAINTIFF'S ADR STATEMENT** |

Plaintiff and Defendants have agreed to pursue mediation prior to hearing on Defendants' motion to dismiss. Accordingly, Plaintiff does not wish an ADR conference at this time.

DATED: September 14, 2007

WINER, McKENNA & DAVIS, LLP

By: _____/s/_____
EMILE A. DAVIS,
Attorneys for Plaintiff,
PAUL GORDON