SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5044
   FAX: (408) 535-5081
   James.Scharf@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL GORDON, ) | Case No. C 07-02628 JW |
|    Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND HEARING ON DEFENDANT'S MOTION TO DISMISS |
| TRANSPORTATION SECURITY ADMINISTRATIVE, SECRETARY, DHS, et al, ) ) ) | |
|    Defendants. ) | |

    The parties, through counsel, hereby stipulate and request the Court to continue both the case management conference and the hearing on defendant's motion to dismiss, currently set for November 5, 2007, to December 3, 2007, at 9:00 a.m., on the grounds that the parties will be participating in a private mediation with the Hon. Robert Baines (ret) of JAMS on November 13, 2007, in an effort to resolve this case in its entirety while defendant's motion to dismiss is still pending. The parties further request that the dates by which the joint case

DEFENDANTS' ADR CERTIFICATION

management conference statement and the opposition and reply briefs be filed be adjusted in accordance with the new cmc and hearing date.

DATED: October 5, 2007    SCOTT N. SCHOOLS
United States Attorney

            /S/
JAMES A. SCHARF
Assistant United States Attorney
Attorney for Defendant

DATED: October 5, 2006    EMILE A. DAVIS


            /S/
Attorney for Plaintiff

IT IS SO ORDERED:


_____
United States District Court Judge