SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081
James.Scharf@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL GORDON, )<br>)<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>TRANSPORTATION SECURITY )<br>ADMINISTRATIVE, SECRETARY, )<br>DHS, et al, )<br>)<br>　　　Defendants. ) | Case No. C 07-02628 JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CMC AND<br>HEARING ON DEFENDANT'S MOTION<br>TO DISMISS |

　　　The parties, through counsel, hereby stipulate and request the Court to continue both the

case management conference and the hearing on defendant's motion to dismiss, currently set

for November 5, 2007, to December 3, 2007, at 9:00 a.m., on the grounds that the parties will

be participating in a private mediation with the Hon. Robert Baines (ret) of JAMS on

November 13, 2007, in an effort to resolve this case in its entirety while defendant's motion

to dismiss is still pending.  The parties further request that the dates by which the joint case

DEFENDANTS' ADR CERTIFICATION

management conference statement and the opposition and reply briefs be filed be adjusted in accordance with the new cmc and hearing date.

DATED: October 5, 2007          SCOTT N. SCHOOLS
                                United States Attorney

                                _____/S/_____
                                JAMES A. SCHARF
                                Assistant United States Attorney
                                Attorney for Defendant

DATED: October 5, 2006          EMILE A. DAVIS


                                _____/S/_____
                                Attorney for Plaintiff


IT IS SO ORDERED:   The Motion hearing and Case Management Conference are continued to December 3, 2007 pending the parties' scheduled settlement discussion. The parties shall adjust motion briefing accordingly. The parties shall submit a joint Case Management Conference Statement by November 21, 2007.

Date:  October 12, 2007         _____
                                United States District Court Judge