IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Paul Gordon, | NO. C 07-02628 JW |
|       Plaintiff,<br>v. | **ORDER TO SHOW CAUSE**<br>**RE: SETTLEMENT** |
| Transportation Security Admin., et al., | |
|       Defendants. | |

On November 13, 2007, the Defendants informed the Court that the above-entitled matter has reached a settlement.[1]  In light of the settlement, the Court vacates all trial and pretrial dates.  On or before **January 14, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **January 28, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before **January 14, 2008**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

---

[1] Via an e-mail which Plaintiff was also a recipient.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  November 15, 2007

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Emile A. Davis emile@wmdattorneys.com
James A. Scharf james.scharf@usdoj.gov
3 Jennifer Sarah Prusak jennifer@wmdattorneys.com

5 **Dated: November 15, 2007**          **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
         Elizabeth Garcia
         Courtroom Deputy**

**United States District Court**
For the Northern District of California