1  JOSEPH P. RUSSONIELLO (44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
   150 Almaden Blvd., Suite 900
5  San Jose, California 95113
   Telephone: (408) 535-5044
6  FAX: (408) 535-5081
   James.Scharf@usdoj.gov
7
   Attorneys for Defendant
8  United States of America

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13 PAUL GORDON,                    )   Case No. C 07-02628 JW
                                   )
14         Plaintiff,              )
                                   )   DEFENDANT'S STATEMENT RE
15     v.                          )   STATUS OF SETTLEMENT AND
                                   )   DISMISSAL
16 TRANSPORTATION SECURITY         )
   ADMINISTRATIVE, SECRETARY,      )
17 DHS, et al,                     )
                                   )
18         Defendants.             )

19

20

21

22     This case has settled in its entirety and a release has been executed by the parties. On January

23 10, 2008, defendant's attorney ordered the settlement draft. Defendant's attorney anticipates that

24 plaintiff's attorney will receive the settlement draft in eight to twelve weeks. Defendant requests

25 that the Court extend the date by which the dismissal must be filed to April 14, 2008.

26

27

28

| | |
|---|---|
| DATED: January 14, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney<br><br>_____/S/_____<br>JAMES A. SCHARF<br>Assistant United States Attorney<br>Attorney for Defendant |

- 2 -