1  JOSEPH P. RUSSONIELLO (44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
   150 Almaden Blvd., Suite 900
5  San Jose, California 95113
   Telephone: (408) 535-5044
6  FAX: (408) 535-5081
   James.Scharf@usdoj.gov
7
   Attorneys for Defendant
8  United States of America

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13 | PAUL GORDON,                        )  Case No. C 07-02628 JW
                                         )
14 |     Plaintiff,                      )
                                         )  DEFENDANT'S STATEMENT RE
15 |   v.                                )  STATUS OF SETTLEMENT AND
                                         )  DISMISSAL
16 | TRANSPORTATION SECURITY             )
     ADMINISTRATIVE, SECRETARY,          )  **ORDER CONTINUING HEARING**
17 | DHS, et al,                         )
                                         )
18 |     Defendants.                     )

19

20

21

22     This case has settled in its entirety and a release has been executed by the parties. On January

23 10, 2008, defendant's attorney ordered the settlement draft. Defendant's attorney anticipates that

24 plaintiff's attorney will receive the settlement draft in eight to twelve weeks. Defendant requests

25 that the Court extend the date by which the dismissal must be filed to April 14, 2008.

26

27

28

DATED: January 14, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____/S/_____
JAMES A. SCHARF
Assistant United States Attorney
Attorney for Defendant

*** **ORDER** ***

In light of the representations made by the Defendants, the Court continues the hearing on Order to Show Cause Re: Settlement currently set for January 28, 2008 to **April 21, 2008 at 9 a.m.** If a Stipulated Dismissal is filed on or before **April 14, 2008**, the hearing will be vacated. If no Stipulated Dismissal is filed on or before April 14, 2008, the parties shall file a Joint Statement updating the Court on the status of the settlement. This is the parties' final continuance.

Dated: January 22, 2008

_____/s/ James Ware_____
JAMES WARE
United States District Judge