**GRANTED**
*Judge James Ware*
4/11/2008

EMILE A. DAVIS, ESQ. – BAR NO. 208394
JENNIFER S. PRUSAK, ESQ. – BAR NO. 2266889
WINER, McKENNA & DAVIS, LLP
LAKE MERRITT PLAZA
1999 HARRISON STREET, SUITE 600
OAKLAND, CALIFORNIA 94612
TEL (510) 433-1000
FAX (510) 433-1001
Email: emile@wmdattorneys.com
       jennifer@wmdattorneys.com

Attorneys for Plaintiff,
PAUL GORDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORDON<br><br>  Plaintiff,<br><br>vs.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; AND DOES 1 TO 25, INCLUSIVE,<br><br>  Defendants. | CASE NO.  C07 02628<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1) and that each party is to bear their own fees and costs.

_____
JAMES A. SCHARF
Assistant United States Attorney
Attorneys for Defendants, Transportation Security Administration;
Michael Chertoff, Secretary, Department of Homeland Security

Dated: 4-1-08

_____
EMILE A. DAVIS
Attorney for Plaintiff, PAUL GORDON

Dated: 3/27/08

**IT IS SO ORDERED:**
The Court terminates all pending deadlines, hearing and motions.  The Clerk shall close this file.

Dated: April 11, 2008

_____
United States District Judge

STIPULATION OF DISMISSAL                                                                                          1

**PROOF OF SERVICE**

I, the undersigned, declare that I am employed in the City of Oakland and County of Alameda, California. My business address is Lake Merritt Plaza, 1999 Harrison Street, Suite 600, Oakland, California 94612. I am over the age of eighteen (18) years and am not a party to the within action.

On April 9, 2008, I served the attached:

**STIPULATION OF DISMISSAL**

[XX]   *VIA United States Postal Service.*
By depositing for collection and mailing, following the business practice at my place of business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed, with postage fully prepaid, will be deposited with the United States Postal Service that same day in the ordinary course of business.

[ ]   *VIA Overnight Mail Service.*
By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via overnight mail courier.

Addressed to:

Scott N. Schools, United States Attorney
Joann M. Swanson, Chief, Civil Division
James A. Scharf, Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5044/Facsimile: (408) 535-5081
James.scharf@usdoj.gov
**Attorneys for Defendants, Transportation Security Administration;**
**Michael Chertoff, Secretary, Department of Homeland Security**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 9, 2008, at Oakland, California

_____
DIANA BIK OOGHE